UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MEGAN ELIZABETH ARMSTRONG, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-00137 |
| | § | |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | § § § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 13, 2019, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 10. On January 21, 2020, Judge Edison filed a Memorandum and Recommendation (Dkt. 16) recommending that Plaintiff's Motion for Summary Judgment (Dkt. 13) be **DENIED** and Defendant's Motion for Summary Judgment (Dkt. 14) be **GRANTED**.

No objections to the Memorandum and Recommendation have been filed. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 16) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion for Summary Judgment (Dkt. 13) is **DENIED**; and

(3) Defendant's Motion for Summary Judgment (Dkt. 14) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 11th day of February, 2020.

_____
JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE